UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

AMERILIFE HOLDINGS, LLC;
NETWORK INSURANCE SENIOR
HEALTH DIVISION ALG, LLC;
AMERILIFE MARKETING GROUP, LLC,

    Plaintiffs,

v.                                Case No. 8:24-cv-01305-TPB-UAM

CENTERS FOR MEDICARE AND
MEDICAID SERVICES; CHIQUITA
BROOKS-LASURE, in her official capacity
as the Administrator for the Centers for
Medicare and Medicaid Services;
DEPARTMENT OF HEALTH AND
HUMAN SERVICES; and XAVIER
BECERRA, in his official capacity as the
Secretary of Health and Human Services,

    Defendants.

## NOTICE OF RELATED ACTIONS

Pursuant to Local Rule 1.07(c), Defendants file this Notice of Related Actions and identify two pending civil cases, both filed in the Northern District of Texas, related to this action: *Americans for Beneficiary Choice, et al. v. U.S. Dep't of Health and Human Servs., et al.*, Case No. 4:24-cv-439 (N.D. Tex.) and *Council for Medicare Choice, et al. v. U.S. Dep't of Health and Human Servs., et al.*, Case No. 4:24-cv-446 (N.D. Tex).

Dated: July 2, 2024                            Respectfully submitted,

ROGER B. HANDBERG
United States Attorney

*/s/ Carolyn B. Tapie*
CAROLYN B. TAPIE
Assistant United States Attorney
USA No. 190
400 North Tampa Street, Suite 3200
Tampa, Florida 33602
Telephone: (813) 274-6000
Facsimile: (813) 274-6198
Email: Carolyn.B.Tapie@usdoj.gov
*Counsel for United States*

## **CERTIFICATE OF SERVICE**

I hereby certify that, on July 2, 2024, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record who have entered notices of appearance in this matter.

/s/ *Carolyn B. Tapie*
CAROLYN B. TAPIE
Assistant United States Attorney